UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Allen Lee Borck | ) | CASE NO. 06-40029 |
| | ) | |
| Debtor | ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:  Bank of New York, 3415 Vision Drive, Columbus, OH 43219-5009

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $5770.06 into the Registry Account with the U.S. Bankruptcy Court. On February 3, 2010 the Trustee issued Check No. 098043 in the amount of $432.25 to Bank of New York at the address above. This check was returned with a letter stating that Bank of New York is no longer servicing the loan but no further information was provided. The Trustee voided the check and placed a "reserve" on future disbursements to the creditor so the funds would be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 18th day of April, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 18th day of April, 2011 to:

Bank of New York, 3415 Vision Drive, Columbus, OH 43219-5009
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Jerry Paeth, 309 N. 5th Street, Lafayette, IN 47901

                                        /s/ David A. Rosenthal
                                        David A. Rosenthal
                                        Chapter 13 Trustee
                                        P.O. Box 505
                                        Lafayette, IN 47902
                                        (765) 742-8248